IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CAICO,

    Plaintiff,                   No. CIV S-01-2334 MCE PAN P

    vs.

V. R. KING, et al.,

    Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

/

        By order filed March 1, 2006, the court gave plaintiff 14 days to explain in writing why this action should not be dismissed for plaintiff's failure to prosecute. The 14 days have passed and plaintiff has not made the required showing or otherwise responded to the order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

1 within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2 Ylst, 951 F.2d 1153 (9th Cir. 1991).

3 DATED: April 6, 2006.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

7 \004
8 \caic2334.ftp